# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

NATHAN DESHAWN FAUST,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2551

_____

March 25, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for DeSoto County; Don Thomas Hall, Judge.

Nathan Deshawn Faust, pro se.


PER CURIAM.

Affirmed.


NORTHCUTT, KHOUZAM, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.